TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00549-CV

Dennis Leibl, Appellant

v.

Vignette Corporation, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 97-05927, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 Appellant Dennis Leibl has filed a motion to dismiss the appeal in this cause. Tex.
R. App. P. 42.1(a)(2). We will grant the motion.

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: November 6, 1997

Do Not Publish